UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **RICHARDSON**<br><br>Petitioner,<br><br>v.<br><br>**HOLBROOK**,<br><br>Respondent. | Civil Action No. 20-CV-5178-BJR<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel. Dkt. No. 15. Petitioner did not file objections to the Report and Recommendation. The Court HEREBY:

ADOPTS the Report and Recommendation. Petitioner's Motion to Withdraw [Dkt. No. 13] is GRANTED and the federal habeas petition under 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE. The Court will not issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation and *in forma pauperis status* is revoked for purposes of appeal.

DATED this 18th day of September 2020.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE